

> The request is granted. Discovery shall be stayed until the parties appear for the status conference scheduled for January 21, 2022 at 10 a.m.
>
> SO ORDERED.
>
> /s/ Alvin K. Hellerstein
> November 19, 2021

November 18, 2021

*VIA ECF*
District Judge Alvin K. Hellerstein
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE: *Burnett v. S & C Bridal, LLC d/b/a US Angels, et al.,* Case No. 20-CV-9804

Dear Judge Hellerstein,

    We represent Plaintiff Ariella Burnett in the above captioned matter and write jointly with Defendants to respectfully request a stay of discovery and an extension *sine die* of the December 30, 2021 discovery deadline. The Parties scheduled a private mediation for December 9, 2021 and seek this extension to avoid expending any additional discovery costs prior to the mediation. In the event the mediation is unsuccessful, the Parties intend to propose a revised case management plan, which will be filed no later than December 17, 2021. This is the first request for an extension of this deadline.

    We thank the Court in advance for its time and consideration.

                                           Respectfully Submitted,

                                           Hilary J. Orzick
                                           Crumiller P.C.
                                           16 Court St, Ste 2500
                                           Brooklyn, NY 11241
                                           hjo@crumiller.com
                                           Attorneys for Plaintiff