

SO ORDERED.

/s/ Alvin K. Hellerstein
December 24, 2021

December 17, 2021

*VIA ECF*
District Judge Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

     RE:    *Burnett v. S & C Bridal, LLC d/b/a US Angels, et al.*, Case No. 20-CV-9804

Dear Judge Hellerstein,

    We represent Plaintiff Ariella Burnett in the above-referenced case and submit this letter jointly with counsel for Defendants. The Parties respectfully request that deadline to file the revised case management plan be extended from December 17, 2021 to December 24, 2021. The Parties participated in a mediation and are still actively engaged in settlement discussions with the mediator. The Parties intend to either advise the Court of settlement, or in the event that the mediation is unsuccessful, file a revised case management plan, by December 24, 2021.

    We thank the Court in advance for its time and consideration.

                                                                 Respectfully Submitted,

                                                                Susan K. Crumiller
                                                                Crumiller P.C.
                                                                16 Court St, Ste 2500
                                                                Brooklyn, NY 11241
                                                                susan@crumiller.com
                                                                Attorneys for Plaintiff